1    Magistrate Judge James P. Donohue

2

3

4

5    10-MJ-00135-M

FILED _____ ENTERED
LODGED _____ RECEIVED

MAR 30 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

6

7    UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
8    AT SEATTLE

9

10   UNITED STATES OF AMERICA,       )
                                     )    NO. MJ10-135
11                      Plaintiff,   )
                                     )    MOTION FOR DETENTION
12            v.                     )    ORDER
                                     )
13   MARK E. PHILLIPS,               )
                                     )
14                      Defendant.   )

15

16        The United States moves for pretrial detention of the Defendant, pursuant to

17   18 U.S.C. § 3142(e) and (f)

18        1.    **Eligibility of Case**. This case is eligible for a detention order because this

19   case involves (check all that apply):

20        __    Crime of violence (18 U.S.C. § 3156)

21        __    Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence
                of ten years or more
22
          __    Crime with a maximum sentence of life imprisonment or death
23
          __    Drug offense with a maximum sentence of ten years or more
24
          __    Felony offense and defendant has two prior convictions in the four
25              categories above, or two State convictions that would otherwise fall within
                these four categories if federal jurisdiction had existed.
26
          __    Felony offense involving a minor victim other than a crime of violence
27

28

MOTION FOR DETENTION HEARING/Phillips
No. MJ10-0135 - 1

1

___ Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon

2

3

___ Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250)

4

_X_ Serious risk the defendant will flee

5

_X_ Serious risk of obstruction of justice, including intimidation of a prospective witness or juror

6

7

**2.    Reason for Detention.**  The Court should detain defendant because there

8

are no conditions of release which will reasonably assure (check one or both):

9

_X_ Defendant's appearance as required

10

_X_ Safety of any other person and the community

11

**3.    Rebuttable Presumption.**  The United States will invoke the rebuttable

12

presumption against defendant under § 3142(e). The presumption applies because:

13

___ Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release.

14

15

___ Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

16

17

___ Probable cause to believe defendant committed a violation of one of the following offenses:  18 U.S.C. §§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

18

___ Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

19

20

21

**4.    Time for Detention Hearing.**  The United States requests the Court

22

conduct the detention hearing:

23

At the initial appearance

24

_X_ After continuance of __3__ days (not more than 3)

25

26

27

28

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1

**5.      Other matters.**

2

3      DATED this 30th day of March, 2010

4

5                                                              Respectfully submitted,

6                                                              JENNY A. DURKAN
                                                             United States Attorney

7

8                                                              ARAVIND SWAMINATHAN
                                                             Assistant United States Attorney

9

10                                                             United States Attorney's Office
                                                             700 Stewart Street, Suite 5220

11                                                             Seattle, WA 98101-1271
                                                             Phone No.:     (206) 553-4063

12                                                             Fax No.:       (206) 553-2502
                                                             Email: aravind.swaminathan@.usdoj.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR DETENTION HEARING/Phillips                    UNITED STATES ATTORNEY
No. MJ10-0135 - 3                                         700 Stewart Street, Suite 5220
                                                         Seattle, Washington 98101-1271
                                                         (206) 553-7970