AO 442 (Rev. 11/09) Arrest Warrant

FILED ENTERED
LODGED RECEIVED

MAR 31 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

RECEIVED
UNITED STATES MARSHAL

2010 MAR 29 P 3: 53

WESTERN DISTRICT
OF WASHINGTON (86)
SEATTLE, WASHINGTON

United States of America
v.
Mark E. Philips

Defendant

Case No. MJ10-135

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Mark E. Phillips,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Counts 1-2 of Wire Fraud, in violation of Title 18, United States Code, Sections 1343 and 2.

10-MJ-00135-RCPT

Date: 03/29/2010

_____
Issuing officer's signature

City and state: Seattle, Washington

James P. Donohue, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/29/10, and the person was arrested on *(date)* 03/30/10
at *(city and state)* SEATTLE, WA.

Date: 03/30/10

_____ FOR FBI
Arresting officer's signature

M. LEAHY, DUSM
*Printed name and title*